# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Paula Bahena

                    Plaintiff,

v.                                          Case No.: 1:15−cv−11353
                                          Honorable Sharon Johnson Coleman

Palacios Business Co., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 15, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 8/15/2016. Status hearing set for 10/14/2016 at 09:00 AM. Parties to submit a joint written status report by the next hearing. Parties to review the court's website regarding the requirements for a settlement conference.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.