UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Paula Bahena
                Plaintiff,

v.                              Case No.: 1:15−cv−11353
                                      Honorable Sharon Johnson Coleman

Palacios Business Co., et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, October 14, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Status hearing held on 10/14/2016. Discovery deadline stricken until the next date. Status hearing set for 10/28/2016 at 09:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.