## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Paula Bahena
                        Plaintiff,

v.                                                 Case No.: 1:15−cv−11353
                                                 Honorable Sharon Johnson Coleman

Palacios Business Co., et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 14, 2016:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Settlement conference held on 12/14/2016. The parties have reached a settlement. This action is dismissed without prejudice for 45 days. If no motion to reinstate is filed by 1/30/2017, the dismissal shall automatically convert to one with prejudice with no further action by the court. Status hearing set to 1/20/2017 is hereby stricken. Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.